UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNA HOHENBERG and RUDOLPH HOHENBERG<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS INC., PFIZER, INC., PHARMACIA & UPJOHN CO., LLC., f/k/a PHARMACIA & UPJOHN CO.; PHARMACIA & UPJOHN, LLC, f/k/a PHARMACIA & UPJOHN, INC., BARR LABORATORIES, INC.; GREENSTONE LTD<br><br>Defendants. | Civil Action No. 05-11382-JLT |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Hanna and Rudolph Hohenberg that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

HANNA HOHENBERG and RUDOLPH HOHENBERG

By their attorney:

/s/ Donald R. Grady, Jr._____
Donald R. Grady, Jr. (BBO No. 544841B)
Sheff Law Offices
10 Tremont Street. 7th Floor
Boston, MA 02108

US1DOCS 5223158v1

|  |  |
|---|---|
| Dated:  August 2, 2005 | (617) 227-7000<br>dgrady@shefflaw.com<br><br>WYETH, INC. and WYETH PHARMACEUTICALS, INC.<br><br>By their attorneys:<br><br>/s/ John J. Butts_____<br>Robert M. Mahoney (BBO No. 315040)<br>John J. Butts (BBO No. 643201)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>john.butts@wilmerhale.com |
| Dated:  August 2, 2005 | |