UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNA HOHENBERG and RUDOLPH HOHENBERG,<br><br>          Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER, INC.; PHARMACIA & UPJOHN CO., LLC., f/k/a PHARMACIA & UPJOHN CO.; PHARMACIA & UPJOHN, LLC, f/k/a PHARMACIA & UPJOHN, INC.; BARR LABORATORIES, INC.; GREENSTONE LTD.<br><br>          Defendants. | CIVIL ACTION NO. 05-11382-JLT |

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC, Pharmacia & Upjohn, LLC, and Greenstone, LTD. ("Defendants") and plaintiffs Hanna Hohenberg and Rudolf Hohenberg that the time for Defendants to answer or otherwise plead in response to the Complaint is hereby extended through and including twenty (20) days after the transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted:

HANNA HOHENBERG and RUDOLF HOHENBERG,
By their attorneys,

/S/ Donald R. Grady, Jr.
_____
Donald R. Grady, Jr. (BBO No. 544841)
SHEFF LAW OFFICES, P.C.
10 Tremont Street
Daniel Webster Suite
Boston, MA  02108
Telephone:  (617) 227-7000


PFIZER INC.; PHARMACIA & UPJOHN, LLC; PHARMACIA & UPJOHN COMPANY, LLC; and GREENSTONE, LTD.

/S/ J. Christopher Allen, Jr.
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

DATED:  August 5, 2005

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 5th day of August, 2005.

/S/ J. Christopher Allen, Jr.
_____
J. Christopher Allen, Jr.