UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNA HOHENBERG and RUDOLPH HOHENBERG, <br><br>    Plaintiffs, <br><br>v. <br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER, INC.; PHARMACIA & UPJOHN CO., LLC., f/k/a PHARMACIA & UPJOHN CO.; PHARMACIA & UPJOHN, LLC, f/k/a PHARMACIA & UPJOHN, INC.; BARR LABORATORIES, INC.; GREENSTONE LTD. <br><br>    Defendants. | CIVIL ACTION NO. 05-11382-JLT |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PFIZER INC.; PHARMACIA & UPJOHN COMPANY, LLC; PHARMACIA & UPJOHN,
LLC; AND GREENSTONE, LTD.**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Local Rule 7.3, defendants Pfizer Inc., Pharmacia & Upjohn Company, LLC, Pfizer & Upjohn, LLC and Greenstone, LTD. (collectively "Defendants") hereby state:

1. PFIZER, INC. is a publicly held company.

2. PHARMACIA & UPJOHN COMPANY, LLC is a limited liability company whose sole member is PHARMACIA & UPJOHN, LLC. No publicly held company owns more than 10% of PHARMACIA & UPJOHN COMPANY, LLC.

3. PHARMACIA & UPJOHN, LLC is a limited liability company whose sole member is PHARMACIA CORPORATION, a subsidiary of PFIZER INC. No publicly held company owns more than 10% f PHARMACIA & UPJOHN, LLC.

4. GREENSTONE, LTD. is wholly-owned by PHARMACIA & UPJOHN COMPANY, LLC. No publicly held company owns more than 10% of GREENSTONE, LTD.

Respectfully submitted,

PFIZER, INC., PHARMACIA & UPJOHN COMPANY, LLC, PHARMACIA & UPJOHN, LLC AND GREENSTONE, LTD.,

By its attorneys,

*/S/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO No. 292440)
J. Christopher Allen, Jr. (BBO No. 648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02118
(617) 345-1000

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr., do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 5th day of August, 2005.

*/S/ J. Christopher Allen, Jr.*
_____
J. Christopher Allen, Jr.