UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNA HOHENBERG<br>and RUDOLPH HOHENBERG<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, INC.; WYETH PHARMACEUTICALS, INC.; PFIZER, INC., PHARMACIA & UPJOHN CO., LLC., f/k/a PHARMACIA & UPJOHN, LLC, f/k/a PHARMACIA & UPJOHN, INC., BARR LABORATORIES, INC.; GREENSTONE, LTD.<br><br>Defendants. | Case No. 05-11382-JLT |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of James J. Dillon of FOLEY HOAG LLP as counsel for defendant Barr Laboratories, Inc. in the above-captioned matter.

Respectfully submitted,

FOLEY HOAG LLP


/s/ James J. Dillon
James J. Dillon (BBO # 124660)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated: August 26, 2005

B3087625.1