**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**                                                               (501)604-5 1
     CLERK

September 27, 2005

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

        Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
                E.D. AR Master Case Number 4:03CV01507 WRW
                Hanna Hohenberg, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11382

Dear Ms. Thornton:

      A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.
§ 1407 was received and filed in this district on September 21, 2005. Enclosed is a certified c
of that order directing the transfer of your civil case to the Eastern District of Arkansas. It
assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pre
proceedings. Please reference the case number assigned to this court in all correspondenc
communications.

      The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-p
complaint, and answer or responsive pleading) and certified copy of the docket entries in the c
listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Shep
Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arka
72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) 1
to the high volume of cases involved in this litigation, please provide paper copies of the ab
documents instead of simply referring to your website. Communications regarding these acti
should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5
If you have any questions, please do not hesitate to call.

                                                          Sincerely,

                                                          JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:    Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

SEP 1 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 25 05

FILED
CLERK'S OFFICE

DOCKET NO. 1507

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SEP 2 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CONDITIONAL TRANSFER ORDER (CTO-52)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____ D.C.

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 3 05-3041 | Judith Ann Riggs, et al. v. Wyeth, et al. |
| ARW 6 05-6050 | Joan Rankin v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-2300 | Marsha Henry v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-2302 | Maureen Finnegan, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-2304 | Dolores Arko, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-2306 | Laura Byrd, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-4298 | Peggy Pogue v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-4299 | Rose Moisi v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-4300 | Ida Lick, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-4301 | Dorothy Rymer v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC 2 05-4842 | Sandra Kirkland v. Wyeth, et al. |
| CAC 2 05-4849 | Lois Carter, et al. v. Wyeth, et al. |
| CAC 2 05-4853 | Frances Farr v. Wyeth, et al. |
| CAC 2 05-4857 | Linda Eells v. Wyeth, et al. |
| CAC 2 05-4865 | Janet Arbogast v. Wyeth, et al. |
| CAC 2 05-4965 | Lois Duffy v. Wyeth |
| CAC 2 05-5000 | Eleanor Zexter, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 5 05-2463 | Lender Wilkerson, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN 5 05-2464 | Elizabeth Holden, et al. v. Pfizer, Inc., et al. |
| CAN 5 05-2465 | Roberta Alkire, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN 5 05-2466 | Gloria Shreve v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN 5 05-2467 | Suzanne Franklin v. Wyeth Pharmaceuticals, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11382 | Hanna Hohenberg, et al. v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1780 | Helen Cain v. Pharmacia & Upjohn Co., LLC, et al. |
| MD 1 05-1805 | Linda L. Hickman, et al. v. Wyeth, Inc., et al. |
| MD 1 05-1854 | Anita B. Weintraub v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN 0 05-1323 | Marion Gardner, et al. v. Wyeth, et al. |
| MN 0 05-1324 | Carol Braun v. Wyeth, et al. |
| MN 0 05-1400 | Marian Jane Miller v. Wyeth, et al. |
| MN 0 05-1415 | Debra Cullum v. Wyeth, et al. |
| MN 0 05-1425 | Deborrah Sanders v. Wyeth, et al. |
| MN 0 05-1426 | Barbara Spiering v. Wyeth, et al. |
| MN 0 05-1432 | Patricia P. Demetriou v. Wyeth, et al. |
| MN 0 05-1445 | Genevieve L. Anderson v. Wyeth, et al. |
| MN 0 05-1457 | Ruth Lamb v. Wyeth, Inc., et al. |
| MN 0 05-1460 | Ruth Ann Lake v. Wyeth, Inc., et al. |
| MN 0 05-1461 | Carol Veal, et al. v. Wyeth, et al. |
| MN 0 05-1462 | Bess Steele, et al. v. Wyeth, et al. |
| MN 0 05-1465 | Laura Roth v. Wyeth, et al. |
| MN 0 05-1469 | Kitty Blower v. Wyeth, Inc., et al. |

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)                                PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 05-1470 | Margaret Hoskins v. Wyeth, Inc., et al. |
| MN 0 05-1471 | Lottie Cain v. Wyeth, Inc., et al. |
| MN 0 05-1472 | Mary Butler v. Wyeth, Inc., et al. |
| MN 0 05-1473 | Sandra Androvandi v. Wyeth, Inc., et al. |
| MN 0 05-1480 | Ruth Lemon v. Wyeth, Inc., et al. |
| MN 0 05-1483 | Lois Von Nostitz v. Wyeth, Inc., et al. |
| MN 0 05-1487 | Sylvia Stewart v. Wyeth, Inc., et al. |
| MN 0 05-1488 | Claretta Terry v. Wyeth, Inc., et al. |
| MN 0 05-1489 | Margaret Stone v. Wyeth, Inc., et al. |
| MN 0 05-1490 | Sylvia Sullivan v. Wyeth, Inc., et al. |
| MN 0 05-1492 | Linda Walz v. Wyeth, Inc., et al. |
| MN 0 05-1494 | Vondell Abrams v. Wyeth, Inc., et al. |
| MN 0 05-1497 | Ida Wotring v. Wyeth, Inc., et al. |
| MN 0 05-1498 | Imogene Steinbuch, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1499 | Linda Murphy, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1500 | Inez Wolfe, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1509 | Doris Huff, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1510 | Marie Mays, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1511 | Wilma Bonar, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1512 | Lois Blankenship, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1514 | Ruth Ann Himes, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1515 | Teresa Boots, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1522 | Shirley Huff, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1523 | Joyce Hamlin, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1524 | Carol Calvert Hines, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1525 | Cheryl Dudgeon, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1526 | Becky Sue Monk, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1527 | Ty Hart, et al. v. Wyeth, Inc., et al. |
| MN 0 05-1569 | Fred Hamilton, etc. v. Wyeth, et al. |
| MN 0 05-1577 | Patricia A. Muller v. Wyeth, Inc., et al. |
| MN 0 05-1582 | Terry Burchynsky v. Wyeth, et al. |
| MN 0 05-1583 | Laurie Erickson, et al. v. Wyeth, et al. |

MISSISSIPPI NORTHERN
| MSN 3 05-84 | Bettye Rogers Coward, et al. v. Wyeth, et al. |
| MSN 4 05-158 | Jo Ann Smith v. Wyeth Pharmaceuticals, Inc., et al. |

MONTANA
| MT 1 05-88 | Olivia R. Sheckleton, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA EASTERN
| NCE 4 05-83 | Sue R. Joyner v. Wyeth, Inc., et al. |
| NCE 4 05-84 | Ramona R. Ensley, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA MIDDLE
| NCM 1 05-608 | Tyra Dalton Hinton v. Wyeth, Inc., et al. |

NEBRASKA
| NE 4 05-3174 | Betty J. Draper v. Wyeth, et al. |

PENNSYLVANIA EASTERN
| PAE 2 05-3527 | Theresse Parolini, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)                                          P.  3 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| SOUTH CAROLINA | |
| SC   6  05-1927 | Elizabeth Carper, et al. v. Wyeth, Inc., et al. |
| SC   6  05-1945 | Lyda Jones v. Wyeth, Inc., et al. |
| SC   8  05-1943 | Juanita Zachow, et al. v. Wyeth, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS  4  05-2319 | Cheryl Le Compte v. Wyeth, et al. |
| WASHINGTON WESTERN | |
| WAW  2  05-1164 | Sharon Root v. Wyeth, et al. |